# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FAMILY WORSHIP CENTER
CHURCH, INC. ON ITS OWN
BEHALF AND DERIVATIVELY ON
BEHALF OF HEALTH SCIENCE
PARK, L.L.C.

VERSUS

GARY M. SOLOMON, STEPHEN H.
JONES, TERRY D. JONES, AND
HEALTH SCIENCE PARK, L.L.C.

NO.   2020 CW 0702

**AUGUST 7, 2020**

---

In Re:   Family Worship Center Church, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 537353.

---

**BEFORE:   GUIDRY, WELCH, AND WOLFE, JJ.**

     **STAY DENIED; WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.**  The trial court's July 7, 2020 orders which denied the proposed orders of Family Worship Center Church, Inc. to set its exception of no cause of action on the petition to annul judgment and motion for summary judgment on the petition to annul judgment for contradictory hearing are reversed.  See La. Code Civ. P. arts. 928, 929, 963 and 966.  This matter is remanded to the trial court with instructions to set the exception of no cause of action on the petition to annul judgment and motion for summary judgment on the petition to annul judgment filed by Family Worship Center Church, Inc. for contradictory hearing with proper notice to all parties.  The writ is denied with regard to the trial court's order as to the motion for summary judgment on the causes of action for breach of contract, specific performance and declaratory judgment filed by Family Worship Center Church, Inc.

JMG
EW

    **Welch, J.,** concurs in the result.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT